UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FAWAZA AKOUTON,

      Plaintiff,

v.

MOUNTAIN LAKE RISK RETENTION
GROUP, INC., *et al.*

      Defendants.

Case No. 18-cv-13983
Hon. Matthew F. Leitman

_____/

## **ORDER DISMISSING COMPLAINT (ECF #1) WITHOUT PREJUDICE**

On March 26, 2019, the Court entered an order allowing the then-attorneys

for Plaintiff Fawaza Akouton to withdraw as counsel in this action. (*See* Order, ECF

#9.)  In that order, the Court instructed Akouton that, by no later than May 7, 2019,

he needed to "either (1) have new counsel file an Appearance in this action on his

behalf, or (2) personally file written notice with the Court that he will represent

himself in this action." (*Id.* at Pg. ID 51.)  The Court then told Akouton that "[i]f, by

May 7, 2019, new counsel ha[d] not filed an Appearance on [his] behalf or [he] ha[d]

not filed written notice with the Court that he intend[ed] to represent himself, the

Court [would] enter an order dismissing this action without prejudice." (*Id.*) The

Court further instructed Akouton's then-counsel to serve him with a copy of the

order, and counsel filed proof of that service on April 11, 2019. (See ECF #10.)

New counsel has not filed on Appearance in this action on Akouton's behalf. Nor has Akouton filed written notice with the Court that he intends to represent himself. Finally, Akouton has not contacted the Court to ask for additional time to respond to the Court's March 26, 2019, order.

Accordingly, because Akouton has not complied with the Court's March 26, 2019, order, and because Akouton has failed to prosecute this action, **IT IS HEREBY ORDERED** that Akouton's Complaint (ECF #1) is **DISMISSED WITHOUT PREJUDICE**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: June 6, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 6, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764